IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | NO. 4:09CV00122   SWW |
| | ) | |
| | ) | |
| MICHAEL D. PITTS | ) | |

ORDER OF DISMISSAL

Upon motion of plaintiff to dismiss the above-styled cause of action and for good cause shown, it is hereby

ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED this 1st day of April 2009.


/s/Susan Webber Wright

UNITED STATE DISTRICT JUDGE